**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**David Allen SATTAZAHN.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 1994.

Decided Dec. 30, 1994.

Iva C. Dougherty, Mark C. Baldwin, Reading, for Com.

John Elder, Reading, for D.A. Sattazahn.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE, J., dissents.

MONTEMURO, J., is sitting by designation.